UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAXUM INDEMNITY COMPANY,

   Plaintiff,

  v.

R.M.F.S. INC., RANDALL MYERS, and
DEANNA MORRIS,

   Defendants.

Case No. 3:17-cv-00297-JPG-SCW

## MEMORANDUM & ORDER

### J. PHIL GILBERT, DISTRICT JUDGE

This matter comes before the Court on the parties' joint motion for an order of dismissal with prejudice (Doc. 34) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(ii) allows dismissal of an action without a court order by filing a stipulation signed by all parties that have appeared in the case. The parties have filed such a document here. Therefore, the Court finds that:

- The complaint (Doc. 1) is **DISMISSED with prejudice**;
- R.M.F.S., Inc.'s counterclaim (Doc. 19) is **DISMISSED with prejudice**; and
- Randall Myers's counterclaim (Doc. 20) is **DISMISSED with prejudice**.

The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: NOVEMBER 16, 2017**

              *s/ J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**